UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| BRANDI CAMERON,<br>     Plaintiff,<br><br>vs.<br><br>LAGRANGE COLLEGE,<br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 3:23-cv-0216-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and the defendant's Motion for Summary Judgment, and the court having adopted said Report and Recommendation and having granted said motion, it is

**Ordered and adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Newnan, Georgia, this 10th day of September, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ D. Barfield
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 10, 2025
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
     Deputy Clerk